B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**James, Christopher Allen** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**James, BonnieJean** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Zippelius, BonnieJean** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**6959** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**3782** |
| Street Address of Debtor (No. and Street, City, and State):<br>**912 Congdon Avenue #5<br>Elgin, IL**<br>ZIP CODE **60120** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**912 Congdon Avenue #5<br>Elgin, IL**<br>ZIP CODE **60120** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☑ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br>☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

KENNETH S. GARDNER, CLERK
PS REP. MBM
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 24 2009
F I L E D

B 1 (Official Form 1) (1/08)

| | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | | **Name of Debtor(s):** James, Christopher & BonnieJean |

| | | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location Where Filed: Eastern District of New York | Case Number: 07-72634 | | Date Filed: 7/13/2007 |
| Location Where Filed: Western District of Wisconsin | Case Number: 02-13148 | | Date Filed: 5/14/2002 |

| | | |
|---|---|---|
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: Northern District of Illinois | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)

|  | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** James, Christopher & BonnieJean |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br>  224-587-3794 / 224-587-3541<br>  Telephone Number (if not represented by attorney)<br>  7/24/2009<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>_____<br>  (Printed Name of Foreign Representative)<br><br>_____<br>  Date |
| **Signature of Attorney***<br><br>X _____<br>  Signature of Attorney for Debtor(s)<br><br>_____<br>  Printed Name of Attorney for Debtor(s)<br><br>_____<br>  Firm Name<br><br>_____<br>  Address<br><br>_____<br><br>_____<br>  Telephone Number<br><br>_____<br>  Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>  Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Authorized Individual<br><br>_____<br>  Printed Name of Authorized Individual<br><br>_____<br>  Title of Authorized Individual<br><br>_____<br>  Date | Address<br><br>X _____<br><br>_____<br>  Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re James, Christopher Allen
_____
Debtor

Case No._____
                    *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh  D) (12/08) – Cont

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❒ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❒ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:

Date: 7/24/09

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re James, BonnieJean
_____
Debtor

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:

Date: 7/24/09

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### <u>Northern</u>  District Of  <u>Illinois</u>

In re ___<u>James, Christopher & BonnieJean</u>___
              Debtor

Case No. _____

Chapter ____<u>13</u>____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0 | | |
| B - Personal Property | Yes | 3 | $4,700 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $41,388 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $7,923 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $157,385 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,567 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $2,707 |
| TOTAL | | 33 | $4,700 | $206,696 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

_Northern___ District Of _Illinois___

In re  James, Christopher & BonnieJean___.

Debtor

Case No. _____

Chapter ____13____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $7,923 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0 |
| Student Loan Obligations (from Schedule F) | $61,760 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0 |
| TOTAL | $69,683 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,567 |
| Average Expenses (from Schedule J, Line 18) | $2,707 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $5,667 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $7,923 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0 |
| 4. Total from Schedule F | | $157,385 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $157,385 |

B6A (Official Form 6A) (12/07)

In re  James, Christopher & BonnieJean                    ,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | Total ► | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _____James, Christopher & BonnieJean_____,   Case No. _____
           **Debtor**   (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand. | | | J | $200 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Canon Digital Camera, Camcorder, Plasma TV, Miscellaneous CD's & DVD's, DVD Player, etc. | J | $3,600 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Misc Men's, Women's and Infant Clothing | J | $700 |
| 7  Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment | | Sporting Goods | J | $200 |
| 9. Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10  Annuities. Itemize and name each issuer | X | | | |
| 11  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U S C  § 529(b)(1). Give particulars (File separately the record(s) of any such interest(s)  11 U.S.C. § 521(c) ) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re James, Christopher & BonnieJean _____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re _____James, Christopher & BonnieJean_____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 23. Licenses, franchises, and other general intangibles  Give particulars | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories | X | | | |
| 27. Aircraft and accessories | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed | X | | | |
| 35. Other personal property of any kind not already listed  Itemize | X | | | |

_____0_____ continuation sheets attached     Total▶     $4,700

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules )

In re _____ James, Christopher & BonnieJean _____,    Case No. _____
Debtor    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $136,875.
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| All Personal Property listed on Schedule 6B | Illinois Homestead Exemption 735-5/12-901, 906 | $4,700 | $4,700 |

B6D (Official Form 6D) (12/07)

In re ___James, Christopher & BonnieJean___,   Case No. _____
**Debtor**                                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Toyota Financial Services<br>Acct#: 0046527869 | | W | 2008 Toyota Sienna Van<br><br>Purchased 2008<br><br>VALUE $ 16,125 | | | | $34,288 | $0 |
| ACCOUNT NO.<br>Overland Bond & Finance<br>4701 W Fullerton Avenue<br>Chicago IL 60639 | | H | 2005 Chevrolet Monte Carlo<br><br>Purchased 2009<br><br>VALUE $ 6,250 | | | | $7,100 | $0 |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |
| ___ continuation sheets<br>___ attached | | | Subtotal ▶<br>(Total of this page) | | | | $ 41,388 | $ 0 |
| | | | Total ▶<br>(Use only on last page) | | | | $ 41,388 | $ 0 |
| | | | | | | | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data ) |

B6E (Official Form 6E) (12/07)

In re _____ James, Christopher & BonnieJean _____ ,      Case No. _____
                        **Debtor**                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re _____ James, Christopher & BonnieJean _____ ,        Case No._____
                          **Debtor**                                              **(if known)**


☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_____ continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re ___James, Christopher & BonnieJean___,      Case No. _____
             **Debtor**                                                 **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** 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 <br><br> Melissa J Meyer <br> 7801 88th Avenue, Lot 305 <br> Pleasant Prairie, WI 53158 | | H | July, 2007 | | | | 7,923 | 7,923 | |
| **Account No.** | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| **Account No.** | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ 7,923 | $ 7,923 | |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 7,923 | | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 7,923 | $0 |

B6F (Official Form 6F) (12/07)

In re _James, Christopher & Bonnie Jean_   Case No. _____
                        Debtor                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_19_ continuation sheets attached

Subtotal► | $

Total► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 119687-1 <br><br> American Eagle Bank <br><br> 556 South Randall Road    South Elgin, IL 60177 | | W | May 2008 <br><br> 2008 Nissan Altima Installment Loan | | | | $8,029 |
| ACCT #: 119687-1 <br><br> Sherman & Sherman    C/O Amer Eagle Bank <br><br> PO Box 2142 Chicago, IL 60690 | | W | May 2008 <br><br> 2008 Nissan Altima Installment Loan | | | | |
| ACCT #: 31047 <br><br> Island Gastroenterology <br><br> 1175 Montauk Highway, Suite 3    West Islip, NY 11795 | | W | December 2007 <br><br> Medical Expenses | | | X | $2,644 |
| ACCT #: 322630 <br><br> Long Island Pathology <br><br> PO Box 302    Port Jefferson, NY 11777 | | W | December 2007 <br><br> Medical Expenses | | | X | $663 |
| ACCT #: JAMBO000 <br><br> French Medical Group <br><br> 300 N McLean Blvd, Suite A Elgin, IL 60123 | | W | February 2008 <br><br> Medical Expenses | | | | $581 |
| ACCT #: 863655 <br><br> ACC International <br><br> 919 Estes Court Schaumburg, IL 60193 | | W | February 2008 <br><br> Medical Expenses | | | | |

Sheet 1 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal: | $11,917 |
| Total: | Continued |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   F00026774661<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | W | January 2009<br><br>Medical Expenses | | | | $250 |
| ACCT #:   F00027222389<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | W | December 2009<br><br>Medical Expenses | | | | $38 |
| ACCT #:   F00027437755<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | W | January 2009<br><br>Medical Expenses | | | | $479 |
| ACCT #:   F00025906918<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | W | May 2008<br><br>Medical Expenses | | | | $16 |
| ACCT #:   F00026900001<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | W | October 2008<br><br>Medical Expenses | | | | $361 |
| ACCT #:   F00027180330<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | W | November 2008<br><br>Medical Expenses | | | | $161 |

Sheet 2 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $1,305

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: F00025532441<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | W | March 2008<br><br>Medical Expenses | | | | $161 |
| ACCT #: F00027437763<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | W | December 2008<br><br>Medical Expenses | | | | $614 |
| ACCT #: F00027787431<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | W | March 2009<br><br>Medical Expenses | | | | $1,156 |
| ACCT #: 1000011180<br><br>Suburban Maternal Fetal Medicine<br>PO Box 958216<br>Hoffman Estates, IL 60195 | | W | August - December 2008<br><br>Medical Expenses | | | | $668 |
| ACCT #: 5641<br><br>Steven J Muraski DDS<br><br>2000 Larkin Avenue, Suite 202<br>Elgin, IL 60123 | | W | November 2008<br><br>Medical Expenses | | X | | $716 |
| ACCT #: 9588<br><br>Comprehensive Women's Center<br><br>39711 Treasury Center   Chicago, IL 60694 | | W | August - December 2008<br><br>Medical Expenses | | | | $373 |

Sheet 3 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal: | $3,688 |
| Total: | Continued |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:      60238<br><br>Elgin Gastroenterology<br><br>745 Fletcher Drive, Suite 202<br>Elgin, IL 60123 | | W | February 2009<br><br>Medical Expenses | | X | | $100 |
| ACCT #:   1-60818273-1<br><br>Genzyme Genetics<br><br>PO Box 371748<br>Pittsburgh, PA 15251-7748 | | W | December 2007<br><br>Medical Expenses | | | | $463 |
| ACCT #:   420785-6-2808<br><br>Jzanus Ltd<br><br>170 Jericho Turnpike<br>Floral Park, NY 11001 | | W | March 2007<br><br>Medical Expenses | | | | $75 |
| ACCT #:   H7171832-1<br><br>Enzo Clinical Labs<br><br>PO Box 9084<br>Farmingdale, NY 11735 | | W | December 2007<br><br>Medical Expenses | | | | $1,049 |
| ACCT#:   5489555114009139<br><br>Creditors Exchange<br><br>PO Box 2270<br>Buffalo NY 14240 | | H | 2006-2008<br><br>Consumer Credit Card | | | | $1,070 |
| ACCT#:      484495<br><br>Fertility Centers of Illinois<br><br>3703 W Lake Avenue, Suite 310<br>Glenview, IL 60026 | | W | March - July 2008<br><br>Medical Expenses | | | | $355 |

Sheet 4 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $3,112

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  26774661<br><br>Med Center Anesthesia<br><br>2413 W Algonquin Road #608<br>Algonquin, IL 60102-9402 | | W | March 2009<br><br>Medical Expenses | | | | $115 |
| ACCT #:  249701<br><br>Alexian Bros Outpatient Group Practice<br>1650 Moon Lake Blvd<br>Hoffman Estates, IL 60169-1010 | | W | January - May 2009<br><br>Medical Expenses | | | | $53 |
| ACCT #:  BJJ01<br><br>Grabowski Surgical Assoc<br><br>800 Biesterfield Road, Suite 3004<br>Elk Grove Village, IL 60007-3364 | | W | February - July 2009<br><br>Medical Expenses | | X | | $2,100 |
| ACCT #:  134575A380<br><br>Alexian Pediatric Speciality Group<br>PO Box 843147<br>Boston, MA 02284-3147 | | W | January 2009<br><br>Medical Expenses | | | | $132 |
| ACCT #:  6098685<br><br>Central DuPage Hospital<br><br>25 N Winfield Road<br>Winfield, IL 60190-1295 | | W | February 2009<br><br>Medical Expenses | | X | | $200 |
| ACCT #:  60755<br><br>Northwest Oncology & Hematology SC<br>3701 Algonquin Road, Suite 900<br>Rolling Meadows, IL 60008 | | W | January 2009<br><br>Medical Expenses | | | | $44 |

Sheet 5 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $2,644

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 086-1-0002171722<br><br>Neopath, S.C.<br><br>520 E 22nd Street<br>Lombard, IL 60148 | | W | December 2008<br><br>Medical Expenses | | | | $15 |
| ACCT #: 086-1-0002197269<br><br>Neopath, S.C.<br><br>520 E 22nd Street<br>Lombard, IL 60148 | | W | March 2009<br><br>Medical Expenses | | | | $20 |
| ACCT #: 086-1-0002171373<br><br>Neopath, S.C.<br><br>520 E 22nd Street<br>Lombard, IL 60148 | | W | January 2009<br><br>Medical Expenses | | | | $32 |
| ACCT #: 086-1-0002171723<br><br>Neopath, S.C.<br><br>520 E 22nd Street<br>Lombard, IL 60148 | | W | January 2009<br><br>Medical Expenses | | | | $63 |
| ACCT #: 512734005965xxxx<br><br>Optimum Mastercard<br><br>PO Box 17051<br>Baltimore, MD 21297-1051 | | W | 2008<br><br>Consumer Credit Card | | | | $767 |
| ACCT #: x-xxx-xx5-395<br><br>Target National Bank<br><br>PO Box 59317<br>Minneapolis, MN 554 9-0317 | | W | 2007-2008<br><br>Consumer Credit Card | | | | $302 |

Sheet 6 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $1,199

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 604576102338xxxx<br><br>QVC / Qcard<br><br>PO Box 981462      El<br>Paso, TX 79998-1462 | | W | 2007-2008<br><br>Consumer Credit Card | | | | $403 |
| ACCT #: Several<br><br>GE Money Bank, BK Dept<br><br>PO Box 103104<br>Roswell, GA 30076 | | W | 2007-2008<br><br>Consumer Credit Cards | | | | $0 |
| ACCT #: 702127050143xxxx<br><br>Best Buy Retail Services<br><br>PO Box 15521<br>Wilmington, DE 19850 | | W | 2007-2008<br><br>Consumer Credit Card | | | | $705 |
| ACCT #: 6044071022518810<br><br>Paypal Buyer Credit<br><br>PO Box 981462      El<br>Paso, TX 79998-1462 | | W | 2007-2008<br><br>Consumer Credit Card | | | | $427 |
| ACCT #: 249-064-xxx-x<br><br>JCPenney<br><br>PO Box 981403<br>El Paso, TX 79998-1403 | | W | 2007-2008<br><br>Consumer Credit Card | | | | $752 |
| ACCT #: 517805725332xxxx<br><br>Capital One<br><br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | | W | 2007-2008<br><br>Consumer Credit Card | | | | $619 |

Sheet 7 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $2,906

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:        7926301396<br><br>TD Bank N.A.<br><br>1701 Route 70 East<br>Cherry Hill, NJ 08034-5400 | | W | February 2009<br><br>Bank Fees | | | | $44 |
| ACCT #:    1266312542607070<br><br>Debt Recovery Solutions<br><br>900 Merchants Concourse, Ste 106<br>Westbury, NY 11590-5114 | | W | 2006<br><br>Verizon Wireless Account | | | | $92 |
| ACCT #:        xxxx7483<br><br>HSBC Card Services<br><br>PO Box 60102<br>City of Industry, CA 91716-0102 | | W | 2008<br><br>Consumer Credit Card | | | | $825 |
| ACCT #:    601859621090xxxx<br><br>GE Capital Old Navy<br><br>PO Box 2036<br>Warren, MI 48090-2036 | | W | 2007<br><br>Consumer Credit Card | | | | $433 |
| ACCT #:    601859521255xxxx<br><br>GE Capital The Gap<br><br>PO Box 2036<br>Warren, MI 48090-2036 | | W | 2007<br><br>Consumer Credit Card | | | | $346 |
| ACCT #:        933082919<br><br>Lane Bryant<br><br>PO Box 182121<br>Columbus, OH 43218-2121 | | W | 2004<br><br>Consumer Credit Card | | | | $176 |

Sheet 8 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $1,916

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: EC088330 <br><br> Pinnacle Credit Services <br><br> PO Box 640 <br> Hopkins, MN 55343-0640 | | W | 2007 <br><br> Verizon Wireless Account | | | | $828 |
| ACCT #: UNKNOWN <br><br> Dundee Dermatology <br><br> 1201 Water Tower Road <br> West Dundee, IL 60118 | | W | May 2009 <br><br> Medical Expenses | | X | | $500 |
| ACCT #: UNKNOWN <br><br> Asthma & Allergy <br><br> 1585 Barrington Road, Suite 606 <br> Hoffman Estates, IL 60169 | | W | June 2009 <br><br> Medical Expenses | | X | | $500 |
| ACCT #: GEC1017925 <br><br> Professional Bureau Collection <br><br> PO Box 628 <br> Elk Grove, CA 95759-0628 | | W | 2007-2008 <br><br> Consumer Credit Card | | | | $427 |
| ACCT #: 63838 <br><br> Anne Szpindor, M.D. <br><br> PO Box 957377 <br> Hoffman Estates, IL 60195 | | W | June 2009 <br><br> Medical Expenses | | | | $83 |
| ACCT #: N/A <br><br> Harris & Harris, LTD <br><br> 222 Merchandise Mart, Suite 1900 <br> Chicago, IL 60654 | | J | 2007-2009 <br><br> Medical Expenses <br><br> Collector for St. Alexius Medical Center | | | | $0 |

Sheet 9 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $2,338

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: Unknown<br><br>Gundersen Lutheran Clinics<br><br>226 6th Street North<br>La Crosse WI 54601 | | H | March, 2005<br><br>Medical Expenses | | | | $500 |
| ACCT #: 392806959<br><br>Great Lakes Higher Education Corporation<br>PO Box 3059<br>Milwaukee WI 53201 | | H | 2005<br><br>Federal Consolidation Loan | | X | | $61,760 |
| ACCT #: 869313<br><br>AM Community Credit Union<br><br>6715 Green Bay Road<br>Kenosha WI 53142 | | H | 2007<br><br>Post-Surrender Vehicle Balance | | X | | $15,000 |
| ACCT #: 517005264828<br><br>Capital One Bank<br><br>PO Box 60024<br>City of Industry CA 91716 | | H | 2007<br><br>Consumer Credit Card | | X | | $1,200 |
| ACCT #: E35753<br><br>Associates in Pediatrics<br><br>1015 Summit Street<br>Elgin IL 60120 | | J | 2009<br><br>Medical Expenses (Ryelin) | | X | | $440 |
| ACCT #: Unknown<br><br>Gundersen Lutheran Hospital<br><br>226 6th Street North<br>La Crosse WI 54601 | | H | August, 2004<br><br>Medical Expenses | | | | $2,200 |

Sheet 10 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $81,100

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   B427776 <br><br> Paul Michael Assoc. <br><br> 186-09 Union Turnpike   Flushing NY 11366 | | H | March 2007 <br><br> Apartment Lease Reconciliation | | | | |
| ACCT #:   8930 Sheridan Rd <br><br> KENWI LLC <br><br> 4015 80th Street   Kenosha WI 53142 | | H | March 2007 <br><br> Apartment Lease Reconciliation | | | | $1,886 |
| ACCT #:   xxxxxx8898501 <br><br> Dell Financial Services <br><br> PO Box 6403 <br> Carol Stream IL 60197 | | H | March 2007 <br><br> Laptop Computer | | X | | |
| ACCT #:   xxxxxx8898501 <br><br> Encore Recv. Mgmt <br><br> PO Box 47248 <br> Oak Park MI 48237 | | H | March 2007 <br><br> Laptop Computer | | | | $1,887 |
| ACCT #:   xxxxxx9139 <br><br> Orchard Bank <br><br> PO Box 5222 <br> Carol Stream IL 60197 | | H | 2006-2007 <br><br> Consumer Credit Card | | | | |
| ACCT #:   29654621-15 <br><br> I C System <br><br> PO Box 64887 <br> St Paul MN 55164 | | H | 2006-2007 <br><br> Consumer Credit Card | | | | $1,048 |

Sheet 11 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $4,821

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   0412-402-361<br><br>WE Energies<br><br>PO Box 2046<br>Milwaukee WI 53201 | | H | March 2007<br><br>Utility Expense | | | | |
| ACCT #:   0412-402-361<br><br>Financial Control Solutions<br><br>PO Box 668<br>Germantown WI 53022 | | H | March 2007<br><br>Utility Expense | | | | $388 |
| ACCT #:   3895416042<br><br>Wells Fargo Bank<br><br>PO Box 5058<br>Portland OR 97208 | | H | March 2007<br><br>Account Closing | | | | $278 |
| ACCT #:   007-3775-4150<br><br>Chase Bank<br><br>PO Box 711210<br>Columbus OH 43218 | | H | March 2007<br><br>Account Closing | | | | $564 |
| ACCT #:   20-4447424<br><br>IHC Kenosha Radiology<br><br>PO Box 3261<br>Milwaukee WI 53201 | | H | March 2007<br><br>Medical Expenses | | | | |
| ACCT #:   20-4447424<br><br>Omni Credit Services<br><br>333 Bishops Way Suite 100<br>Brookfield WI 53005 | | H | March 2007<br><br>Medical Expenses | | | | $136 |

Sheet 12 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $1,366

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  7384<br><br>Aetna<br><br>PO Box 402299<br>Atlanta GA 30384 | | H | March 2007<br><br>Medical Expenses | | | | $468 |
| ACCT #:  JAMCH000<br><br>Horizon Behavioral Health<br><br>PO Box 7814<br>Gurnee IL 60031 | | H | March 2007<br><br>Medical Expenses | | | | $120 |
| ACCT #:  8930 9289<br><br>Kenosha Water Utility<br><br>4401 Green Bay Road<br>Kenosha WI 53144 | | H | March 2007<br><br>Utility Expenses | | | | $86 |
| ACCT #:  1-8043.0<br><br>Aalto Enhancement<br><br>3734 7th Avenue Suite 12   Kenosha WI 53140 | | H | March 2007<br><br>Medical Expenses | | | | $15 |
| ACCT #:  13701438<br><br>Aurora Medical Group<br><br>PO Box 341457<br>Milwaukee WI 53234 | | H | March 2007<br><br>Medical Expenses | | | | $15 |
| ACCT #:  061801E<br><br>Dr Majed Jendali<br><br>6308 8th Avenue Suite 3050   Kenosha WI 53143 | | H | March 2007<br><br>Medical Expenses | | | | $15 |

Sheet 13 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal: | $719 |
| Total: | Continued |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 197739<br><br>UHC Physician Clinic<br><br>PO Box 130        Kenosha<br>WI 53141 | | H | March 2007<br><br>Medical Expenses | | | | |
| ACCT #: 197739A<br><br>Americollect<br><br>PO Box 1566        Manitowoc<br>WI 54221 | | H | March 2007<br><br>Medical Expenses | | | | $30 |
| ACCT #: 517805258212830<br><br>Capital One<br><br>PO Box 60024        City<br>of Industry CA 91716 | | H | March 2007<br><br>Consumer Credit Card | | | X | $3,900 |
| ACCT #: F00027180330<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | J | 2008<br><br>Medical Expenses | | | | $85 |
| ACCT #: 246643<br><br>Alex Bros Outpatient Group Practice<br><br>1650 Moon Lake Blvd<br>Hoffman Estates, IL 60169 | | J | 2008-2009<br><br>Medical Expenses | | | X | $200 |
| ACCT #: 5402780000664260<br><br>Barclays Bank Mastercard<br><br>PO Box 13337<br>Philadelphia PA 19101 | | H | 2007-2008<br><br>Consumer Credit Card | | | | $951 |

Sheet 14 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $5,166

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 6347097001<br><br>Health Lab<br><br>25 N Winfield Road<br>Winfield IL 60190 | | W | June 2009<br><br>Medical Expenses | | | | $859 |
| ACCT #: 15236051090701003<br><br>Neuheisel Law Firm<br><br>64 E Broadway Road, Suite 245<br>Tempe AZ 85282 | | W | 2008-2009<br><br>Consumer Credit Card | | | | $754 |
| ACCT #: 0430375395<br><br>Target<br><br>PO Box 59317    Minneapolis<br>MN 55459 | | H | 2007-2008<br><br>Consumer Credit Card | | | | $80 |
| ACCT #: B427776<br><br>The Stark Agency<br><br>PO Box 45710<br>Madison WI 53744 | | H | 2007<br><br>Apartment Lease Reconciliation | | | | $1,758 |
| ACCT #: 8919813<br><br>Literary Guild<br><br>PO Box 6400<br>Camp Hill PA 17012 | | H | 2007-2008<br><br>Consumer Credit Card | | | | $50 |
| ACCT #: 3263<br><br>Fox Valley Dental Care<br><br>860 Summit Street, Suite 153<br>Elgin IL 60120 | | J | 2008<br><br>Medical Expenses | X | | | $500 |

Sheet 15 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal: | $4,001 |
| Total: | Continued |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT#: 013641<br><br>Source One Medical<br><br>38 Tesla, Suite 150<br>Irvine CA 92618 | | H | 2007<br><br>Medical Expenses | | | | $750 |
| ACCT#: 9937968<br><br>AT & T<br><br>700 Longwater Drive<br>Norwell MA 02061 | | H | 2007-2008<br><br>Utility Expenses | | | | $92 |
| ACCT#: 70002862817610001<br><br>Toyota Motor Credit Corp<br><br>1000 Bridgeport Avenue #4T<br>Shelton CT 06484 | | H | 2008-2009<br><br>Post-Surrender Vehicle Balance | | X | | $3,900 |
| ACCT#: 2003213883788790<br><br>Comcast<br><br>PO Box 3001<br>Southeastern PA 19398 | | J | 2008-2009<br><br>Utility Expenses | | X | | $700 |
| ACCT#: 5200940148627676<br><br>Sears Solutions Mastercard<br><br>PO Box 379<br>Wood Dale IL 60191 | | H | 2008-2009<br><br>Consumer Credit Card | | X | | $600 |
| ACCT#: 50542309674<br><br>Columbia House DVD | | H | 2007-2008<br><br>Consumer Credit Card | | | | $75 |

Sheet 16 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $6,117

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT#:   8798200321445990 <br><br> Comcast <br><br> PO Box 3001 <br> Southeastern PA 19398 | | J | 2008-2009 <br><br> Utility Expenses | | | | $300 |
| ACCT#:   392806959 <br><br> Drs. Ross, Maccone, & Muritori <br><br> 45 E Main Street <br> East Islip NY 11730 | | H | 2007-2008 <br><br> Medical Expenses | | | | $420 |
| ACCT#:   146668 <br><br> Medical Specialists <br><br> 34314 Eagle Way <br> Chicago IL 60678 | | J | 2008-2009 <br><br> Medical Expenses | | | | $434 |
| ACCT#:   E35752 <br><br> Associates in Pediatrics <br><br> 1015 Summit Street <br> Elgin IL 60120 | | J | 2008-2009 <br><br> Medical Expenses (Aelyn) | | X | | $480 |
| ACCT#:   13303121 <br><br> MRS Associates <br><br> 1930 Olney Avenue <br> Cherry Hill NJ 08003 | | H | 2008 <br><br> Cleveland Municipal Photo Enforcement | | | | $160 |
| ACCT#:   D10723-851087 <br><br> National Asset Management <br><br> PO Box 840 <br> Moon Twp PA 15108 | | J | 2008 <br><br> Medical Expenses | | | | $40 |

Sheet 17 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

Subtotal:   $1,834

Total:   Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT#:   208-015-03650<br><br>Walker Associates<br><br>2 Oliver Street<br>Boston MA 02109 | | J | 2007<br><br>Medical Expenses (Qwest Diagnostics) | | X | | $1,172 |
| ACCT#:   128703782<br><br>Qwest Diagnostics<br><br>315 Walt Whitman Road, Suite 307<br>Huntington Station, NY 11746 | | J | 2007-2008<br><br>Medical Expenses | | X | | $350 |
| ACCT#:   128703782<br><br>North Shore LIJ Hospital System - Syosset<br><br>221 Jericho Turnpike<br>Syosset, NY 11791 | | W | 2007<br><br>Medical Expenses | | X | | $100 |
| ACCT#:   128703782<br><br>North Shore LIJ Hospital System - South Side<br><br>301 East Main Street<br>Bay Shore, NY 11706 | | W | 2007<br><br>Medical Expenses | | X | | $100 |
| ACCT#:   128703782<br><br>North Shore LIJ Hospital System - Manhasset<br><br>300 Community Drive<br>Manhasset, NY 11030 | | W | 2007<br><br>Medical Expenses | | X | | $100 |
| ACCT#:   F00028523991<br><br>St. Alexius Medical Center<br><br>21219 Network Place<br>Chicago, IL 60673 | | W | 2009<br><br>Medical Expenses | | X | | $17,777 |

Sheet 18 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $19,599

Total: Continued

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Continuation Sheet

| CREDITOR'S NAME, MAILING ADDRESS, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT#:  50378420009<br><br>Columbia House<br>c/o Nat'l Recovery Agency<br><br>PO Box 67015<br>Harrisburg, PA 17106-7015 | | H | 2007-2008<br><br>Consumer Credit Card | | | | $37 |
| ACCT#:  128703782<br><br>Reproductive Specialists of NY<br><br>1111 Montauk Highway, Suite 24<br>West Islip, NY 11795 | | J | 2007-2008<br><br>Medical Expenses | | X | | $1,600 |
| ACCT#: | | | | | | | |
| ACCT#: | | | | | | | |
| ACCT#: | | | | | | | |
| ACCT#: | | | | | | | |

Sheet 19 of 19 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal: | $1,637 |
| Total: | $157,385 |

B6G (Official Form 6G) (12/07)

In re      James, Christopher & BonnieJean      ,        Case No._____
                 **Debtor**                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

       Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Home Properties, Inc<br>c/o Blackhawk Apartments<br>926 Congdon Avenue<br>Elgin, IL 60120 | Residential Lease of apartment at:<br><br>912 Congdon Avenue, Apt 5<br>Elgin, IL 60120 |
| | |
| | |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re _____ James, Christopher & BonnieJean _____ ,          Case No. _____
            **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

B6I (Official Form 6I) (12/07)

In re _____James, Christopher & BonnieJean_____ ,          Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):  Son, Daughter | AGE(S): 6 months |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Senior Analyst | |
| Name of Employer | | N/A |
| How long employed | Sears Holdings Corporation - 1.5 years | |
| Address of Employer | 3333 Beverly Road, Hoffman Estates, IL 60179 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $5667 | $ |
| 2. | Estimate monthly overtime | $5667 | $ |
| 3. | SUBTOTAL | $5667 | $ |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $995 | $ |
| | b. Insurance | $505 | $ |
| | c. Union dues | $ | $ |
| | d. Other (Specify): ____ Spousal Support, Health FSA ____ | $700 | $ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $2204 | $ |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $3567 | $ |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. | Social security or government assistance (Specify):_____ | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income (Specify):_____ | $ | $ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $3567 | $ |
| 15. | AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $3567 | $ |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3567 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _____James, Christopher & BonnieJean_____ ,          Case No. _____
                    **Debtor**                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $859 |
|    a. Are real estate taxes included?  Yes _____  No _____ | | |
|    b. Is property insurance included?  Yes _____  No _____ | | |
| 2. Utilities:  a. Electricity and heating fuel | | $85 |
|          b. Water and sewer | | $75 |
|          c. Telephone | | $100 |
|          d. Other  Cable & Internet | | $150 |
| 3. Home maintenance (repairs and upkeep) | | $ |
| 4. Food | | $400 |
| 5. Clothing | | $150 |
| 6. Laundry and dry cleaning | | $100 |
| 7. Medical and dental expenses | | $200 |
| 8. Transportation (not including car payments) | | $175 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $100 |
| 10. Charitable contributions | | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|       a. Homeowner's or renter's | | $13 |
|       b. Life | | $0 |
|       c. Health | | $0 |
|       d. Auto | | $100 |
|       e. Other | | $0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $0 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|       a. Auto | | $0 |
|       b. Other | | $0 |
|       c. Other | | $0 |
| 14. Alimony, maintenance, and support paid to others | | $0 |
| 15. Payments for support of additional dependents not living at your home | | $0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $0 |
| 17. Other  Diapers & Necessities for Newborn Twins | | $200 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | **$2707** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $3567 |
| b. Average monthly expenses from Line 18 above | $2707 |
| c. Monthly net income (a. minus b.) | $860 |

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

_____ **Northern** _____ DISTRICT OF _____ **Illinois** _____

In re:_____ James, Christopher & BonnieJean _____,    Case No. _____
                          Debtor                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None
☐
    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2009 - $37,500 | Employment |
| 2008 - $83,798 | Employment |
| 2007 - $96,362 | Employment |

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                         SOURCE

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Toyota Motor Credit<br>PO Box 5855<br>Carol Stream, IL 60197 | 6/20, 5/16, 4/15 | $685/Month | $33,803 |

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

3

None
☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Attached

---

None
☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| American Eagle Bank 556 Randall Road South Elgin, IL 60177 | December 15, 2008 | 2008 Nissan Altima $16,000 |

## Attchment to - Form 7 - Statement of Financial Affairs

**4.   Suits and administrative proceedings, executions, garnishments, and attachments**

a.   List all suits and administrative proceedings to which the debtor(s) is or was a party within **one year** immediately preceeding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| AM Community Credit Union vs. Christopher James Case# 2009CV000919 | Civil Lawsuit | Kenosha County, Wisconsin | Open |
| American Eagle Bank vs. BonnieJean James Case# 2009-MI-148420 | Civil Lawsuit | Cook County, Illinois | Open |
| Steven J Muraski D MD MS vs. BonnieJean James Case# 2009SC001809 | Civil Lawsuit | Kane County, Illinois | Closed |

4

**6.   Assignments and receiverships**



None

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |



None

b.  List all property which has been in the hands of a custodian. receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|
| | | | |

**7.   Gifts**



None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR. IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

**8.   Losses**



None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND. IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE. GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

**9.    Payments related to debt counseling or bankruptcy**

None


List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Credit Card Management Services 4611 Okeechobee Blvd. Suite 114 West Palm Beach, Florida 33417 | July 22, 2009                    $35 | |

**10.    Other transfers**

None


a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None

b.    List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.    Closed financial accounts**

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 980 Congdon Avenue Elgin, IL 60120 | Christopher & BonnieJean James | Aug 2008 - Mar 2009 |
| 869 Carriageway, Elgin, IL 60120 | Christopher & BonnieJean James | Feb 2008 - Aug 2008 |
| 46 Oakdale Ave. Central Islip NY 11722 | Christopher & BonnieJean James BonnieJean Zippelius | Mar 2007 - Feb 2008 |

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Melissa J Meyer

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☑

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in

which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

 b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

 a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED

 b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

       NAME                          ADDRESS

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

       NAME AND ADDRESS                  DATE ISSUED

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

10

**22 . Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS              DATE OF WITHDRAWAL

None    b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE        AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR           OF WITHDRAWAL           OR DESCRIPTION
                                                        AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION      TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND           TAXPAYER-IDENTIFICATION NUMBER (EIN)

*  *  *  *  *  *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 7/24/2009

Date 7/24/09

Signature
of Debtor

Signature
of Joint Debtor
(if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____

Signature _____

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____                    _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B6 Declaration (Official Form 6 - Declaration) (12-07)

In re  James, Christopher & BonnieJean  ,
Debtor

Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ 36 ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  7/24/2009 _____

Date  7/24/09 _____

Signature: _____
Debtor

Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

_____
Social Security No.
(Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor ]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U.S.C §§ 152 and 3571

American Eagle Bank
556 Randall Road
South Elgin IL 60177

Law Office of Sherman & Sherman
PO Box 2142
Chicago IL 60690

Island Gastroenterology
1175 Montauk Highway Suite 3
West Islip NY 11795

Long Island Pathology
PO Box 302
Port Jefferson NY 11777

French Medical Group
300 N McLean Blvd Suite A
Elgin IL 60123

ACC International
919 Estes Court
Schaumburg IL 60193

St Alexius Medical Center
21219 Network Place
Chicago IL 60673

Suburban Maternal Fetal Medicine
PO Box 958216
Hoffman Estates IL 60195

Steven J Muraski DDS
2000 Larkin Avenue Suite 202
Elgin IL 60123

Comprehensive Women's Center
39711 Treasury Center
Chicago IL 60694

Elgin Gastroenterology
745 Fletcher Drive Suite 202
Elgin IL 60123

Genzyme Genetics
PO Box 371748
Pittsburgh PA 15251-7748

Jzanus Ltd
170 Jericho Turnpike
Floral Park NY 11001

Enzo Clinical Labs
PO Box 9084
Farmingdale NY 11735

Fertility Center of Illinois
3703 W Lake Avenue Suite 310
Glenview IL 60026

Medical Center Anesthesia
2413 W Algonquin Road Suite 608
Algonquin IL 60102-9402

Alexian Bros Outpatient
1650 Moon Lake Blvd
Hoffman Estates IL 60169-1010

Grabowski Surgical Associates
800 Biesterfield Road Suite 3004
Elk Grove Village IL 60007-3364

Alexian Pediatric Specialty Group
PO Box 843147
Boston MA 02284-3147

Central DuPage Hospital
25 N Winfield Road
Winfield IL 60190-1295

Northwest Oncology & Hematology
3701 Algonquin Road Suite 900
Rolling Meadows IL 60008

Neopath SC
520 E 22nd Street
Lombard IL 60148

Optimum MasterCard
PO Box 17051
Baltimore MD 21297-1051

Target National Bank
PO Box 59317
Minneapolis MN 55459-0317

QVC
PO Box 981462
El Paso TX 79998-1462

GE Money Bank BK Dept
PO Box 103104
Roswell GA 30076

Best Buy Retail Services
PO Box 15521
Wilmington DE 19850

Paypal Buyer Credit
PO Box 981462
El Paso TX 79998-1462

JCPenney
PO Box 981403
El Paso TX 79998-1403

Capital One
PO Box 30285
Salt Lake City UT 84130-0285

TD Bank NA
1701 Route 70 East
Cherry Hill NJ 08034-5400

Debt Recovery Solutions
900 Merchants Concourse Suite 106
Westbury NY 11590-5114

HSBC Card Services
PO Box 60102
City of Industry CA 91716-0102

GE Capital / Old Navy
PO Box 2036
Warren MI 48090-2036

GE Capital / The Gap
PO Box 2036
Warren MI 48090-2036

Lane Bryant
PO Box 182121
Columbus OH 43218-2121

Pinnacle Credit Services
PO Box 640
Hopkins MN 55343-0640

Allergy & Asthma
1585 Barrington Road, Suite 606
Hoffman Estates IL 60169

Professional Bureau Collection
PO Box 628
Elk Grove CA 95759-0628

Dundee Dermatology
1201 Water Tower Place
West Dundee IL 60118

Atty Jonathan Carbary
1814 Grandstand Place
Elgin IL 60120

Overland Bond & Investment
4701 W Fullerton Avenue
Chicago IL 60639

Anne Szpindor, M.D.
PO Box 957377
Hoffman Estates IL 60195

Barclays Card Services
PO Box 13337
Philadelphia PA 19101

Aalto Enhancement
3734 7th Avenue Suite 12
Kenosha WI 53140

Aetna Health Care
PO Box 402299
Atlanta GA 30384

AM Community Credit Union
6715 Green Bay Road
Kenosha WI 53142

Aurora Medical Group
PO Box 341457
Milwaukee WI 53234

Bear Property Management
4015 80th Street
Kenosha WI 53142

Chase Bank
PO Box 711210
Columbus OH 43218

Capital One Bank
PO Box 60024
City of Industry CA 91716

Dell Financial Services
PO Box 6043
Carol Stream IL 60197

Dr Majed Jendali
6308 8th Avenue Suite 3050
Kenosha WI 53143

Great Lakes Higher Education Corporation
PO Box 3059
Milwaukee WI 53201

Gundersen Lutheran Clinic
Patient Business Services
PO Box 4020
La Crosse WI 54602-4020

Gundersen Lutheran Hospital
Patient Business Services
PO Box 4444
La Crosse WI 54602-4444

Horizon Behavioral Health
PO Box 7814
Gurnee IL 60031

IHC Kenosha Radiology
PO Box 3261
Milwaukee WI 53201

Melissa J Meyer
7801 88th Avenue Lot 305
Pleasant Prairie WI 53158

Orchard Bank
PO Box 5222
Carol Stream IL 60197

Toyota Financial Services
PO Box 371339
Pittsburgh PA 15250

UHC Physician Clinic
PO Box 130
Kenosha WI 53141

WE Energies
PO Box 2046
Milwaukee WI 53201-2046

Wells Fargo
PO Box 5058
Portland OR 97208

Encore Receivables Management
PO Box 47248
Oak Park MI 48237

I C System
PO Box 64887
Saint Paul MN 55164

Associates in Pediatrics
1015 Summit Street
Elgin IL 60120

Kenosha Water Utility
4401 Green Bay Road
Kenosha WI 53144

Financial Control Systems
PO Box 668
Germantown WI 53022

Omni Credit Services
333 Bishops Way, Suite 100
Brookfield WI 53005

Harris & Harris LTD
222 Merchandise Mart, Suite 1900
Chicago IL 60654

Americollect
PO Box 1566
Manitowoc WI 54221

Capital One
PO Box 60024
City of Industry CA 91716

Alexian Bros Outpatient Group Practice
1650 Moon Lake Blvd
Hoffman Estates IL 60169

Neuheisel Law Firm
64 E Broadway Road, Suite 245
Tempe AZ 85282

Target
PO Box 59317
Minneapolis MN 55459

The Stark Agency
PO Box 45710
Madison WI 53744

Literary Guild
PO Box 6400
Camp Hill PA 17012

Fox Valley Dental Care
860 Summit Street, Suite 153
Elgin IL 60120

Walker Associates
2 Oliver Street
Boston MA 02109

Comcast
PO Box 3001
Southeastern PA 19398

Creditors Exchange
PO Box 2270
Buffalo NY 14240

Drs. Ross, Muritori, & Maccone
45 E Main Street
East Islip NY 11730

Medical Specialists
34314 Eagle Way
Chicago IL 60678

MRS Associates
1930 Olney Avenue
Cherry Hill NJ 08003

National Asset Management
PO Box 840
Moon Twp PA 15108

Source One Medical
38 Tesla Street, Suite 150
Irvine CA 92618

AT&T
700 Longwater Drive
Norwell MA 02061

Sears Solutions MC
PO Box 379
Wood Dale IL 60191

Qwest Diagnostics
315 Walt Whitman Road, Suite 307
Huntington Station NY 11746

Columbia House
c/o Nat'l Recovery Agency
PO Box 67015
Harrisburg PA 17106

NSLIJ - Syosset
221 Jericho Turnpike
Syosset NY 11791

NSLIJ - Manhasset
300 Community Drive
Manhasset NY 11030

NSLIJ - Southside
301 East Main Street
Bay Shore NY 11706

Reproductive Specialists of New York
1111 Montauk Highway, Suite 24
West Islip NY 11795