# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   CHRISTOPHER ALLEN JAMES           §           Case No.: 09-26900
         BONNIEJEAN JAMES                  §
                                           §
         Debtor(s)                         §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 07/24/2009.

2)   This case was confirmed on 01/11/2010.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was dismissed on 02/01/2010.

6)   Number of months from filing to the last payment: 6

7)   Number of months case was pending: 9

8)   Total value of assets abandoned by court order: NA

9)   Total value of assets exempted: $     4,700.00

10)  Amount of unsecured claims discharged without payment $      .00

11)  All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $ 4,780.00 |
| Less amount refunded to debtor | $ 900.00 |
| **NET RECEIPTS** | $ 3,880.00 |

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 258.38 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 258.38 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MELISSA J MEYER | OTHER | 7,923.00 | NA | NA | .00 | .00 |
| AMERICAN EAGLE BANK | UNSECURED | 8,329.00 | 8,328.90 | 8,328.90 | .00 | .00 |
| SHERMAN & SHERMAN | UNSECURED | 2,644.00 | NA | NA | .00 | .00 |
| ISLAND GASTROENTEROL | UNSECURED | 244.00 | NA | NA | .00 | .00 |
| LONG ISLAND PATHOLOG | UNSECURED | 663.00 | NA | NA | .00 | .00 |
| FRENCH MEDICAL GROUP | UNSECURED | 581.00 | NA | NA | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | 581.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 38.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 479.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 16.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 361.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 161.00 | NA | NA | .00 | .00 |
| ELGIN GASTROENTEROLO | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| GENZYME GENTICS | UNSECURED | 463.00 | NA | NA | .00 | .00 |
| JZANUS LTD | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| ENZO CLINCICAL LABS | UNSECURED | 1,049.00 | NA | NA | .00 | .00 |
| CREDITORS EXCHANGE | UNSECURED | 1,070.00 | NA | NA | .00 | .00 |
| FIDELITY CENTERS OF | UNSECURED | 355.00 | NA | NA | .00 | .00 |
| MEDICAL CENTER ANEST | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| ALEXIAN BROS OUTPATI | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| GRABOWSKI SURGICAL A | UNSECURED | 719.00 | NA | NA | .00 | .00 |
| ALEXIAN PEDIATRIC S | UNSECURED | 132.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CENTRAL DUPAGE HOSPI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| NORTHWEST ONCOLOGY & | UNSECURED | 44.00 | NA | NA | .00 | .00 |
| NEOPATH SC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NEOPATH SC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NEOPATH SC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NEOPATH SC | UNSECURED | .00 | NA | NA | .00 | .00 |
| OPTIMUM MASTERCARD | UNSECURED | 767.00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 302.00 | 301.61 | 301.61 | .00 | .00 |
| RECOVERY MANAGEMENT | UNSECURED | 403.00 | 402.70 | 402.70 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | .00 | 753.82 | 753.82 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 427.00 | 427.03 | 427.03 | .00 | .00 |
| J C PENNEY | UNSECURED | 752.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 619.00 | 701.69 | 701.69 | .00 | .00 |
| TD BANK NA | UNSECURED | 44.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 92.00 | 827.55 | 827.55 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 825.00 | 1,070.05 | 1,070.05 | .00 | .00 |
| GE CAPITAL THE GAP | UNSECURED | 346.00 | NA | NA | .00 | .00 |
| LANE BRYANT | UNSECURED | 176.00 | NA | NA | .00 | .00 |
| PINNACLE CREDIT SERV | UNSECURED | 828.00 | NA | NA | .00 | .00 |
| DUNDEE DERMATOLOGY | UNSECURED | 63.00 | NA | NA | .00 | .00 |
| ASTHMA & ALLERGY | UNSECURED | 268.00 | NA | NA | .00 | .00 |
| PROFESSIONAL BUREAU | UNSECURED | 427.00 | NA | NA | .00 | .00 |
| ANNE SZPINDOR MD | UNSECURED | 83.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | .00 | NA | NA | .00 | .00 |
| GUNDERSEN CLNIC LTD | UNSECURED | 498.00 | 498.08 | 498.08 | .00 | .00 |
| ECMC | UNSECURED | 16,760.00 | 67,073.78 | .00 | .00 | .00 |
| AM COMMUNITY CREDIT | UNSECURED | 9,931.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| ASSOCIATES IN PEDIAT | UNSECURED | 440.00 | NA | NA | .00 | .00 |
| GUNDERSEN CLNIC LTD | UNSECURED | 2,192.00 | 2,191.55 | 2,191.55 | .00 | .00 |
| PAUL MICHAEL ASSSOC | UNSECURED | .00 | NA | NA | .00 | .00 |
| PAUL MICHAEL ASSOC | UNSECURED | 1,886.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SVS | UNSECURED | 1,581.00 | NA | NA | .00 | .00 |
| RESURGENT ACQUISITIO | UNSECURED | 1,581.00 | 1,581.18 | 1,581.18 | .00 | .00 |
| ORCHARD BANKCARD SER | UNSECURED | 1,070.00 | NA | NA | .00 | .00 |
| ORCHARD BANK | UNSECURED | 1,070.00 | NA | NA | .00 | .00 |
| WE ENGERIES | UNSECURED | .00 | NA | NA | .00 | .00 |
| WISCONSIN ELECTRIC P | UNSECURED | 388.00 | 385.87 | 385.87 | .00 | .00 |
| WELLS FARO BANK | UNSECURED | 278.00 | 277.22 | 277.22 | .00 | .00 |
| CHASE | UNSECURED | 564.00 | NA | NA | .00 | .00 |
| IHC KENOSHA RADIOLOG | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| IHC KENOSHA RADIOLOG | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| AETNA | UNSECURED | 468.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HORIZON BEHAVIORAL H | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| KENOSHA WATER UTILIT | UNSECURED | 86.00 | NA | NA | .00 | .00 |
| AALTO ENHANCEMENT | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| AURORA MEDICAL GROUP | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| MAJED JENDALL MD | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| UHC PHYSICIAN CLINIC | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| UHC PHYSICIAN CLINIC | UNSECURED | 30.00 | 33.46 | 33.46 | .00 | .00 |
| UHC PHYSICIAN CLINIC | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| ALEXIAN BROS OUTPATI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 3,900.00 | 3,969.24 | 3,969.24 | .00 | .00 |
| BARCLAY CARD SVC | UNSECURED | 951.00 | NA | NA | .00 | .00 |
| HEALTH LAB | UNSECURED | 859.00 | NA | NA | .00 | .00 |
| NEUHEISEL LAW FIRM | UNSECURED | 754.00 | NA | NA | .00 | .00 |
| TARGET VISA | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| THE STARK AGENCY | UNSECURED | 1,886.00 | NA | NA | .00 | .00 |
| LITERARY GUILD | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| FOX VALLEY DENTAL CA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| SOURCE ONE MEDICAL | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 92.00 | NA | NA | .00 | .00 |
| TOYOTA FINANCIAL SER | UNSECURED | 3,900.00 | NA | NA | .00 | .00 |
| COMCAST CABLE | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 574.00 | 573.82 | 573.82 | .00 | .00 |
| COLUMBIA HOUSE DVD | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| COMCAST CABLE | UNSECURED | 263.00 | NA | NA | .00 | .00 |
| ROSS MACCONE & MURIT | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| MEDICAL SPECIALISTS | UNSECURED | 434.00 | NA | NA | .00 | .00 |
| ASSOCIATES IN PEDIAT | UNSECURED | 480.00 | NA | NA | .00 | .00 |
| CLEVELAND MUN PHOTO | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| NATIONAL ASSET MANAG | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| QWEST DIAGNOSTICS | UNSECURED | 1,172.00 | NA | NA | .00 | .00 |
| QWEST DIAGNOSTICS | UNSECURED | 1,177.00 | NA | NA | .00 | .00 |
| NORTH SHORE LIJ HOSP | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NORTH SHORE LIJ HOSP | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NORTH SHORE LIJ HOSP | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 17,777.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 37.00 | NA | NA | .00 | .00 |
| REPRODUCTIVE SPECIAL | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |
| HOME PROPERTIES IN | OTHER | .00 | NA | NA | .00 | .00 |
| TOYOTA FINANCIAL SER | SECURED | 24,256.00 | 34,253.25 | 34,253.00 | 2,961.94 | .00 |
| OVERLAND BOND & INVE | SECURED | 7,302.00 | 8,955.97 | 7,302.00 | 659.68 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 161.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 614.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ST ALEXIUS MEDICAL C | UNSECURED | 1,156.00 | NA | NA | .00 | .00 |
| SUBURBAN MATERNAL FE | UNSECURED | 668.00 | NA | NA | .00 | .00 |
| STEVEN J MURASKI DDS | UNSECURED | 1,004.00 | NA | NA | .00 | .00 |
| COMPREHENSIVE WOMENS | UNSECURED | 373.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 705.00 | 768.65 | 768.65 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 433.00 | 436.46 | 436.46 | .00 | .00 |
| MELISSA J MEYER | PRIORITY | .00 | .00 | .00 | .00 | .00 |
| OVERLAND BOND & INVE | UNSECURED | .00 | .00 | 1,653.97 | .00 | .00 |
| STEVEN J MURASKI DMD | UNSECURED | .00 | 1,004.00 | 1,004.00 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 846.00 | 846.28 | 846.28 | .00 | .00 |
| NEOPATH SC | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| COM ED | UNSECURED | 338.00 | NA | NA | .00 | .00 |
| TOYOTA FINANCIAL SER | UNSECURED | .00 | .00 | .25 | .00 | .00 |
| MELISSA J MEYER | PRIORITY | 500.00 | .00 | .00 | .00 | .00 |
| MELISSA J MEYER | PRIORITY | .00 | .00 | .00 | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | NA | 720.00 | 720.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 41,555.00 | 3,621.62 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 41,555.00 | 3,621.62 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 27,753.38 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 258.38 |
| Disbursements to Creditors | $ | 3,621.62 |
| **TOTAL DISBURSEMENTS:** | $ | 3,880.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/06/2010 /s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**